ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 27 2011
at __11__ o'clock and __25__ min. ____M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO.  11-0409 BMK |
| | ) | |
| Plaintiff, | ) | CRIMINAL COMPLAINT; |
| | ) | AFFIDAVIT IN SUPPORT OF |
| vs. | ) | CRIMINAL COMPLAINT |
| | ) | |
| DOMINIC P. SINGLETON, | ) | |
| | ) | |
| Defendant. | ) | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

### COUNT 1

On or about April 25, 2011, in the District of Hawaii and elsewhere, the defendant, DOMINIC P. SINGLETON, knowingly and willfully deposit for conveyance in the mail and for a delivery from a post office and by a letter carrier a letter, paper, writing, print, missive, and document containing a threat to take the life of and to inflict bodily harm upon the President of the United States, to wit:  SINGLETON sent a letter to the United States Army recruiting office in Aiea, Hawaii and stated that he would "shoot the USA President right in the heart."

All in violation of Title 18, United States Code, Section 871.

I further state that I am a Special Agent with the United States Secret Service, and that this complaint is based upon the

facts set forth in the attached "Affidavit in Support of Criminal Complaint," which is incorporated herein by reference.

                                       TRAVIS K. TORCO
                                       COMPLAINANT

Subscribed to and sworn before me on
April 27, 2011, at Honolulu, Hawaii.

BARRY M. KURREN
UNITED STATES MAGISTRATE JUDGE
District of Hawaii

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, TRAVIS K. TORCO, being duly sworn upon his oath, deposes and says:

1. I am a Special Agent with the United States Secret Service ("USSS"), currently assigned to the Honolulu Field Office in Hawaii. I am familiar with the facts set forth in this affidavit based upon my personal knowledge and information provided to me by witnesses.

2. On April 25, 2011, United States Army Captain Logan Kerschner ("Captain Kerschner") contacted this affiant at the Honolulu Field Office and communicated that threatening statements were made to the President of the United States ("POTUS") on a letter mailed to a local United States Army Recruiting Station ("USARS"). Captain Kerschner provided your affiant a scanned copy of the letter and envelope. This affiant then discovered the following information:

3. On April 25, 2011, a letter postmarked on April 21, 2011 was received and opened by United States Army Staff Sergeant Thompson Talanco at USARS located at 98-151, Pali Momi Street #106, Aiea, Hawaii, 96701. The envelope had a return address of "Dominic Paul Singleton, a1017921, c/o OCCC Module 7 Quad 2 R111, 2199 Kamehameha Hwy, Honolulu, HI 96819-2307." The contents of the one (1)

page, hand written, letter included statements such as, but not limited to "…(sic) Im Planing to get out of Jail get some ID get on a Plane…(sic) steal my Dads 22 rifeful and his 38 pistal an Plan it Right an go to where the United States President of America Alboma Braekoa is an shoot the USA President Right in the heart or Right in the Jegulars or Right in the middle of the head…(sic)."

4.   This affiant discovered a male, later identified as Dominic SINGLETON ("SINGLETON") (Caucasian male, Social Security Number XXX-XX-0280, Date of birth XX/XX/73), was presently incarcerated at the Oahu Community Correctional Center (OCCC) located at 2199 Kamehameha Highway, Honolulu, HI 96819 since or around March 23, 2011.

5.   On April 26, 2011, this affiant and SA Kale Cockett ("SA Cockett") located and interviewed SINGLETON at OCCC. As SINGLETON was shown a copy of the envelope and contents of the letter, SINGLETON admitted to writing the letter with threats against POTUS, signing the letter with "SINGLETON," addressing the envelope, and mailing it to the USARS from OCCC.  SINGLETON also stated he mailed the same letter in two (2) other separate envelopes and addressed them to the FBI and the United States Secret Service on or around April 21, 2011.

6.   SINGLETON then read to this affiant and SA Cockett the entirety of the letter addressed to USARS and stated he wrote the letter and threatened to kill POTUS because POTUS "slewed" and "killed" his daughters five (5) years ago. In addition, SINGLETON further stated to this affiant and SA Cockett, "…(sic) I want to go back to the mainland to shoot the President of the United States of America…(sic) I want to use a M-1 rifle or a rifle that takes .358 rounds and shoot the President while moving in his motorcade…(sic) I want to make a name for myself and it will be self rewarding."

7.   On April 26, 2011, this affiant and SA Cockett then contacted the mental health unit of OCCC in regards to SINGLETON. OCCC Dr. Bruce Kam stated SINGLETON also sent an inter-unit request to the OCCC Mental Health Doctor on April 19, 2011. A copy of this one (1) page, hand written, inter-unit request identified inmate SINGLETON as its writer which is supported with his signature. The inter-unit request stated, "When Im going too get out an get out Jail Im going home too Seattle Washington I'm going to Plan an carry out the Plan too Shoot the President Alboma Barrackea of the United States of America (sic)."

Based on the information stated above, I believe there is probable cause to believe that Dominic Paul SINGLETON,

3

knowingly and willfully threatened to assault or murder the President of the United States of America Barack Obama, in violation of Title 18, United States Code, Section 871.

TRAVIS K. TORCO
Special Agent
United States Secret Service

This Criminal Complaint and Agent's Affidavit in support thereof were presented to, approved by, and probable cause to believe that the defendant above named committed the charged crime found to exist by the undersigned Judicial Officer at  1:00   p m   on April 27, 2011.

Subscribed to and sworn before me on April 27, 2011, in Honolulu, Hawaii.

UNITED STATES MAGISTRATE JUDGE
District of Hawaii

4